IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RICARDO CHILDRESS, #433105 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-07-015 |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |

**FINAL JUDGMENT**

    For the reasons stated in this Court's Order of Dismissal, the above-styled cause is

**DISMISSED.**

    This is a **FINAL JUDGMENT**.

    **DONE** at Galveston, Texas, this the 21st day of February, 2007.

_____
Samuel B. Kent
United States District Judge